IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETERSON MANAGEMENT,

    Plaintiff,

v.

TERRY WILSON ELVORD,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-487-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered REMANDING this case to the Circuit Court for Dane County, Wisconsin.

_____
Peter Oppeneer, Clerk of Court

AUG 2 1 2009
_____
Date